Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ◯ YES  ◉ NO

**DOCKET NUMBER:** 3:23-CR- 38-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs RUSSELL MARTINI

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ◯ Petty  ◯ Misdemeanor  ◉ Felony

18 U.S.C. § 1201; 18 U.S.C. § 2261(A)(2)(B) and § 2261(b)(5); and 18 U.S.C. § 875(c)

**JUVENILE:** ◯ Yes  ◉ No

**ASSISTANT U. S. ATTORNEY** : Kimlani Murray Ford

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A